UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CARLA HARRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 04-02203 (JDB)** |
| | ) | |
| **ATTORNEY GENERAL OF THE UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of [4] defendant's motion to dismiss, the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that, pursuant to Fed. R. Civ. P. 12(b), defendant's motion is converted to a motion for summary judgment; it is further

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of defendant.

/s/
JOHN D. BATES
United States District Judge

Dated:  October 24, 2005

Copies to:

Stephen Z. Chertkof
Heller, Huron, Cherktof, Lerner, Simon & Salzman
1730 M Street, N.W., Suite 412
Washington, D.C. 20036
Email: szc@hellerhuron.com
    *Counsel for plaintiff*

Rhonda C. Fields
Assistant United States Attorney
Civil Division
555 Fourth Street. N.W.
Washington, D.C. 20530
Email: rhonda.fields@usdoj.gov
    *Counsel for defendant*