UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARLA HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE No: 04CV02203 (JDB) |
| | ) | |
| | ) | ECF |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL OF | ) | |
| OF THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ ____ | ) | |

**PLAINTIFF'S ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

By this document, plaintiff hereby accepts the Offer of Judgment served by the Defendant on December 17, 2009. A copy of the offer is attached to this pleading, and a copy of this acceptance is being served on defendant via the court's Electronic Case Filing system.

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, the Clerk must enter judgment on the terms stated, including a money judgment in favor of Plaintiff Carla Harris in the amount of $200,000.00 (Two Hundred Thousand Dollars), effective as of December 30, 2009. This shall be a full and final judgment against Defendant for all purposes.

Respectfully submitted,

_/s/ Stephen Z. Chertkof_____
STEPHEN Z. CHERTKOF #451713
BETTY GRDINA , D.C. Bar # 450346
Heller, Huron, Chertkof, Lerner, Simon & Salzman
1730 M Street, NW , Suite 412
Washington , DC 20036
(202) 293-8090

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served through the Court's ECF system on December 30, 2009 upon:

Rhonda C. Fields
United States Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

                /s/ Stephen Z. Chertkof
               Stephen Z. Chertkof