## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA HARRIS, | ) |
| Plaintiff, | ) |
| | ) CASE NUMBER: 1: 04CV02203 (JDB) |
| v. | ) |
| ATTORNEY GENERAL OF OF THE UNITED STATES | ) |
| Defendant. | ) |

### OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, defendant, the Attorney General of the United States, offers to allow judgment to be taken against him by plaintiff Carla Harris as follows:

1. Defendant shall, subject to the terms and conditions set forth herein, pay plaintiff the amount of Two Hundred Thousand Dollars ($200,000) in full and final satisfaction of all of plaintiff's claims in this lawsuit, including without limitation plaintiff's claims for damages, and for attorneys fees, costs, and other litigation expenses incurred to date that might be recoverable against defendant in this action.

2. Defendant offers judgment solely for the purposes of compromising disputed claims without further legal proceedings and avoiding the risks and expenses of litigation. Therefore, this Offer of Judgment is not intended and shall not be deemed an admission by defendant of the merit or lack of merit of plaintiff's claims. Without limiting the generality of the foregoing, this Offer of Judgment does not constitute, and shall not be construed as, an admission that the United States Department of Justice violated any of plaintiff's rights or any laws or regulations, or as an admission of any contested fact alleged by plaintiff in connection

with this matter.

3. This Offer of Judgment will not be used as evidence or otherwise in any pending or future civil or administrative action against the defendant, the Department of Justice, the United States, any current or former officer, employee, or agent of the Department of Justice, or any other agency or instrumentality of the United States, except in an action to enforce this Offer of Judgment.

Date: December 17, 2009

                            Respectfully submitted,

                            /s/ Channing D. Phillips
                          CHANNING D. PHILLIPS, D.C. Bar #415793
                          Acting United States Attorney

                            /s/ Rudolph Contreras
                          RUDOLPH CONTRERAS, D.C. Bar #434122
                          Assistant United States Attorney

                            /s/ Rhonda C. Fields
                          RHONDA C. FIELDS
                          Assistant United States Attorney
                          Civil Division
                          555 Fourth Street, N.W.
                          Washington, D.C. 20530
                          202/514/6970
                          Fax:   202/514/8780

                          Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA HARRIS, | ) |
| Plaintiff | ) ) ) CASE NUMBER: 1: 04CV02203 (JDB) |
| v. | ) ) |
| ATTORNEY GENERAL OF OF THE UNITED STATES | ) ) ) |
| Defendant. | ) ) ) |

## ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Carla Harris accepts the offer by defendant, the Attorney General of the United States to take judgment for all claims in this action, on the terms set forth in the Offer of Judgment of December 17, 2009.

Respectfully submitted,

_____
CARLA HARRIS
Plaintiff


_____
STEPHEN CHERTKOF
Heller, Huron, Chertkof, Lerner, Simon & Salzman
1730 M Street, NW
Suite 412
Washington, DC 20036
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 17, 2009, I served a copy of the foregoing Offer of Judgment, and form for Acceptance of Offer of Judgment, on the counsel for plaintiff as follows:

by same day courier to :
Elizabeth A. Grdina and
Stephen Chertkof
HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036
(202) 293-8090
and by Fax: to them at (202) 293-7110
and by Email: to bettygrdina@hellerhuron.com

_____
Rhonda C. Fields