# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLA HARRIS,** ) | |
| ) | |
| Plaintiff, ) | CASE NUMBER:  04CV02203(JDB ) |
| ) | |
| ) | |
| ) | |
| ATTORNEY GENERAL OF ) | |
| OF THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| _____ _____) | |

### JOINT MOTION FOR ORDER TO PAY INTEREST

The parties hereby request, pursuant to the attached stipulation, that the defendant be ordered to pay post-judgment interest on the money judgment in this case in the amount of $251.62.

Respectfully submitted:

| | |
|---|---|
| | RONALD C. MACHEN Jr. , D.C. Bar #447889 |
| | United States Attorney |
| __/s/ Betty Grdina_____ | |
| BETTY GRDINA #450346 | |
| Heller Huron Chertkof Lerner | |
| Simon & Salzman | |
| 1730 M Street NW | RUDOLPH  CONTRERAS, D.C. Bar #434122 |
| Suite 412 | Assistant United States Attorney |
| Washington, DC 20036 | |
| | By:          /s/ Rhonda C. Fields |
| | RHONDA C. FIELDS |
| | Assistant United States Attorney |
| | Civil Division |
| | 555 Fourth Street, N.W. |
| | Washington, D.C.  20530 |
| | 202/514/6970 |
| | Fax:   202/514/8780 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |

Case 1:04-cv-02203-JDB   Document 48   Filed 06/18/10   Page 2 of 2