UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CARLA HARRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NUMBER: 04CV02203(JDB ) |
| | ) | |
| v. | ) | |
| | ) | |
| ATTORNEY GENERAL OF | ) | |
| OF THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STIPULATION AND AGREEMENT

The parties hereby stipulate and agree that pursuant to 28 U.S.C. § 1961 and 42 U.S.C. § 2000e-16(d), the Plaintiff is entitled to and should be paid interest on the money judgment in this case in the amount of $251.62.

So Stipulated:

      RONALD C. MACHEN Jr. , D.C. Bar #447889
      United States Attorney

__/s/ Betty Grdina_____
BETTY GRDINA #450346
Heller Huron Chertkof Lerner
Simon & Salzman
1730 M Street NW       RUDOLPH CONTRERAS, D.C. Bar #434122
Suite 412       Assistant United States Attorney
Washington, DC 20036

      By:       /s/ Rhonda C. Fields
          RHONDA C. FIELDS
          Assistant United States Attorney
          Civil Division
          555 Fourth Street, N.W.
          Washington, D.C. 20530
          202/514/6970
          Fax:   202/514/8780

Counsel for Plaintiff       Counsel for Defendant