# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLA HARRIS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-2203 (JDB) |
| **ATTORNEY GENERAL OF THE UNITED STATES,** | ) |
| Defendant. | ) |

## ORDER

Upon consideration of [48] the parties' Joint Motion for Order to Pay Interest, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that defendant shall pay post-judgment interest in the amount of $251.62.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: June 18, 2010